IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 1:22-bk-01456-HWV
Joshua W. Semon :
Debtor : Chapter 13
:

## NOTICE OF WITHDRAWAL OF FIRST FEE APPLICATION

NOW COMES Brent C. Diefenderfer, Counsel for Debtor, and hereby withdraws the Amended Application for Compensation and Expenses filed to Doc. 40 on November 22, 2022 and scheduled for a hearing before this Court on February 28, 2023.

                Respectfully submitted,

                CGA Law Firm

        By: */s/ Lawrence V. Young, Esquire*
                Lawrence V. Young, Esquire
                Sup. Ct. ID No. 21009
                135 North George Street, York, PA 17401-1282
                Telephone: 717-848-4900
                (Counsel for Debtor)

{02251837/1}

Case 1:22-bk-01456-HWV   Doc 50   Filed 02/27/23   Entered 02/27/23 14:14:09   Desc
Main Document      Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | |
| Kevin A. Bouthner | : | Chapter 13 |
| Debtor | : | Case No. 1:18-bk-03841 |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 11, 2022, a true and correct copy of the attached Notice of Withdrawal was served upon the following parties in the following manner:

| Name | Mode of Service |
| --- | --- |
| US Trustee Office | CM/ECF |
| Jack N. Zaharopoulos, Chapter 13 Trustee | CM/ ECF |

Dated: July 11, 2022

/s/Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900

{02251837/1}