UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSHUA W. SEMON
            Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

vs.

JOSHUA W. SEMON              CASE NO: 1-22-01456-HWV
            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on June 15, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Douglas R. Roeder, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice in accordance with Section 1307(c) of 11 U.S.C., due to material default by the debtor(s) with respect to the terms of the plan.

In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

    Case Number: 1-14-04325-MDF
    Counsel: DAWN MARIE CUTAIA, ESQUIRE
    Filing Date: 09/18/14            Date Dismissed: 06/12/15
    Total Payments: $4,050.00       Chapter: 13
    Result: Voluntarily Dismissed

    Case Number: 1-15-02192-MDF
    Counsel: DAWN MARIE CUTAIA, ESQUIRE
    Filing Date: 05/26/15            Date Dismissed: 12/22/16
    Total Payments: $31,807.31      Chapter: 13
    Result: Dismissed for Material Default

    Case Number: 1-18-03338-HWV
    Counsel: STEPHEN WADE PARKER, ESQUIRE
    Filing Date: 08/09/18            Date Dismissed: 11/04/19
    Total Payments: $5,555.00       Chapter: 13
    Result: Dismissed for Material Default

    Case Number: 1-20-02831-HWV
    Counsel: LAWRENCE V YOUNG, ESQUIRE
    Filing Date: 09/25/20            Date Dismissed: 12/08/21
    Total Payments: $12,907.81      Chapter: 13
    Result: Dismissed for Material Default

Case Number: 1-17-01007-RNO
Counsel: DAWN MARIE CUTAIA, ESQUIRE
Filing Date: 03/16/17  Date Discharged: 08/29/17
Total Payments: $0.00  Chapter: 7
Result: Discharged

Case Number: 1-06-02697-MDF
Counsel: KEITH B DEARMOND, ESQUIRE
Filing Date: 11/22/06  Date Discharged: 03/13/07
Total Payments: $0.00  Chapter: 7
Result: Discharged

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of 4 prior Chapter 13 petitions and 2 Chapter 7 Petitions within a 17-year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of hearing and other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:

1. Dismiss this case in accordance with 11 U.S.C. Sec. 1307(c) and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

Respectfully submitted,

Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSHUA W. SEMON  CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS  CASE NO: 1-22-01456-HWV
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss with Prejudice for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion as indicated below. All matters not resolved will be heard at the scheduled hearing. You MUST attend the hearing.

July 12, 2023 at 09:35 AM
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom 8, 4th Floor
1501 North 6th Street
Harrisburg, PA 17102

You MUST attend the hearing unless the matter is settled by one of the following having taken place prior to the hearing.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH**: $ 3,000.00
**AMOUNT DUE FOR THIS MONTH: $1,000.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $4,000.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK OR MONEY ORDER. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED.**

**DO NOT send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and may result in dismissal of your case.**

**Mail payments by U.S. First Class Mail to: JACK N. ZAHAROPOULOS, CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE ANDTIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL WITH PREJUDICE OF YOUR CASE**.

Dated:   June 15, 2023

Respectfully submitted,

Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSHUA W. SEMON | CHAPTER 13 |
| Debtor(s) | |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-22-01456-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 15, 2023, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Serviced Electronically

LAWRENCE V. YOUNG, ESQUIRE
135 NORTH GEORGE STREET
YORK, PA 17401-

United States Trustee
1501 N 6TH STREET
PO BOX 302
HARRISBURG, PA 17102

Serviced by First Class Mail

JOSHUA W. SEMON
113 BRANT DRIVE
DALLASTOWN, PA 17313

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 15, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos,
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSHUA W. SEMON

      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 1-22-01456-HWV

vs.

JOSHUA W. SEMON

      Respondent(s)

## ORDER DISMISSING CASE WITH PREJUDICE

      Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.

Case 1:22-bk-01456-HWV    Doc 57    Filed 06/15/23    Entered 06/15/23 10:13:15    Desc
Page 6 of 6