UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

  Joshua W. Semon

CASE NO: 22-01456

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
Judge: Judge Henry W. Van Eck
Hearing Location: US Courthouse, 1501 North 6th Street, Bank.
Ctrm 8, 4th Fl, Harrisburg,PA 17102
Hearing Date: September 13, 2023
Hearing Time: 9:30 am
Response Date: September 6, 2023

On 7/28/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Pre-Confirmation Notice on 1st Amended Plan

kbrayboy@cgalaw.com

kbrayboy@cgalaw.com

kbrayboy@cgalaw.com

kbrayboy@cgalaw.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/28/2023

/s/ Lawrence V. Young, Esquire
Lawrence V. Young, Esquire  21009
Attorney for Debtor
CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900
kbrayboy@cgalaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joshua W. Semon

CASE NO: 22-01456

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Henry W. Van Eck
Hearing Location: US Courthouse, 1501 North 6th Street, Bank.
Ctrm 8, 4th Fl, Harrisburg,PA 17102
Hearing Date: September 13, 2023
Hearing Time: 9:30 am
Response Date: September 6, 2023

On 7/28/2023, a copy of the following documents, described below,

1st Amended Plan

Pre-Confirmation Notice on 1st Amended Plan

kbrayboy@cgalaw.com

kbrayboy@cgalaw.com

kbrayboy@cgalaw.com

kbrayboy@cgalaw.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-22-BK-01456-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI JUL 28 11-11-59 EDT 202

FAY SERVICING LLC AS SERVICER FOR US
BANK
FRIEDMAN VARTOLO LLP
1325 FRANKLIN AVE
GARDEN CITY NY 11530-1666

(P)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102 1104~~

ACCEPTANCE NOW
ATTN BANKRUPTCY
5501 HEADQUARTERS DRIVE
PLANO TX 75024-5837

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

DIVERSIFIED ADJUSTMENT SERVICES
ATTN DASIBANKRUPCTY
PO BOX 32145
FRIDLEY MN 55432-0145

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117-5524

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

LSF9 MASTER PARTICIPATION TRUST
CO CALIBER HOME LOANS INC
13801 WIRELESS WAY
OKLAHOMA CITY OK 73134-2500

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MCCABE WEISBERG  CONWAY PC
123 S BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

PA DEPARTMENT OF REVENUE
PO BOX 281061
HARRISBURG PA 17128-1061

PRA RECEIVABLES MANAGEMENT LLC
10 ORCHARD SUITE 100
LAKE FOREST CA 92630-8308

PATIENT FIRST CO RECEIVABLES MANAGEMENT
SYS
PO BOX 73810
NORTH CHESTERFIELD VA 23235-8047

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND WA 98083-0788

RECEIVABLE MANAGEMENT INC
ATTN BANKRUPTCY
7206 HULL RD STE 211
RICHMOND VA 23235

SECRETARY OF TREASURY
15TH  PENN AVENUE NW
WASHINGTON DC 20220-0001

T MOBILETMOBILE USA INC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248848
OKLAHOMA CITY OK 73124-8848

TOTAL VISA BANK OF MISSOURI
ATTN BANKRUPTCY
PO BOX 85710
SIOUX FALLS SD 57118-5710

TYLER RUN AUTO SALES
1601 S GEORGE STREET
YORK PA 17403-4507

US BANK TRUST NATIONAL ASSOCIATION ET
AL
FAY SERVICING LLC
PO BOX 814609
DALLAS TX 75381-4609

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
**HOUSTON, TX 77210-4457**

WEST HANOVER TOWNSHIP TAX COLLECTOR
7171 ALLENTON BOULEVARD
HARRISBURG PA 17112-3602

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

YORK ADAMS TAX BUREAU
1405 N DUKE STREET
PO BOX 15627
YORK PA 17405-0156

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625