# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSHUA W SEMON | CASE NO: 22-01456<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Judge Henry W. Van Eck<br>Hearing Location: US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg,PA 17102<br>Hearing Date: March 27, 2024<br>Hearing Time: 9:30 am<br>Response Date: March 20, 2024 |

On 2/14/2024, I did cause a copy of the following documents, described below,

2nd Amended Plan

Pre-Confirmation Notice on Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/14/2024

/s/ Lawrence V. Young
Lawrence V. Young   21009
Attorney for Debtor
CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900
kbrayboy@cgalaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSHUA W SEMON

CASE NO: 22-01456

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Henry W. Van Eck
Hearing Location: US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg, PA 17102
Hearing Date: March 27, 2024
Hearing Time: 9:30 am
Response Date: March 20, 2024

On 2/14/2024, a copy of the following documents, described below,

2nd Amended Plan

Pre-Confirmation Notice on Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/14/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lawrence V. Young
CGA Law Firm
135 North George Street
York, PA  17401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO                                                                                              EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING    FAY SERVICING  LLC AS SERVICER FOR US    (U)US BANK TRUST NATIONAL ASSOCIATION
NCRS ADDRESS DOWNLOAD                BANK                                     NOT IN
CASE 22-01456                        FRIEDMAN VARTOLO LLP
MIDDLE DISTRICT OF PENNSYLVANIA      1325 FRANKLIN AVE
WED FEB 14 9-26-22 PST 2024          GARDEN CITY  NY 11530-1666


                                                                              EXCLUDE
(P)MCCALLA RAYMER LEIBERT PIERCE  LLC    UNITED STATES TRUSTEE                US BANKRUPTCY COURT
ATTN ATTN WENDY REISS                    US COURTHOUSE                        SYLVIA H RAMBO US COURTHOUSE
1544 OLD ALABAMA ROAD                    1501 N 6TH ST                        1501 N 6TH STREET
ROSWELL GA 30076-2102                    HARRISBURG  PA 17102-1104            HARRISBURG  PA 17102-1104


ACCEPTANCE NOW                       CAPITAL ONE                              (P)CONTINENTAL FINANCE COMPANY
ATTN BANKRUPTCY                      ATTN BANKRUPTCY                          PO BOX 3220
5501 HEADQUARTERS DRIVE              PO BOX 30285                             BUFFALO NY 14240-3220
PLANO  TX 75024-5837                 SALT LAKE CITY  UT 84130-0285


DIVERSIFIED ADJUSTMENT SERVICES      FIRST PREMIER BANK                       FRIEDMAN VARTOLO  LLP
ATTN DASIBANKRUPCTY                  ATTN BANKRUPTCY                          ATTORNEYS FOR FAY SERVICING  LLC
PO BOX 32145                         PO BOX 5524                              1325 FRANKLIN AVENUE  SUITE 160
FRIDLEY  MN 55432-0145               SIOUX FALLS  SD 57117-5524               GARDEN CITY  NY 11530-1631


                                     DEBTOR
INTERNAL REVENUE SERVICE             JOSHUA W SEMON                           LAWRENCE V YOUNG
CENTRALIZED INSOLVENCY OPERATION     113 BRANT DRIVE                          CGA LAW FIRM
PO BOX 7346                          DALLASTOWN  PA 17313-9770                135 NORTH GEORGE STREET
PHILADELPHIA  PA 19101-7346                                                   YORK  PA 17401-1132


LSF9 MASTER PARTICIPATION TRUST      LVNV FUNDING  LLC                        MCCABE  WEISBERG  CONWAY PC
CO CALIBER HOME LOANS INC            RESURGENT CAPITAL SERVICES               123 S BROAD STREET
13801 WIRELESS WAY                   PO BOX 10587                             SUITE 1400
OKLAHOMA CITY  OK 73134-2500         GREENVILLE  SC 29603-0587                PHILADELPHIA  PA 19109-1060


PA DEPARTMENT OF REVENUE             PRA RECEIVABLES MANAGEMENT  LLC          PATIENT FIRST CO RECEIVABLES MANAGEMEN
PO BOX 281061                        10 ORCHARD  SUITE 100                    SYS
HARRISBURG  PA 17128-1061            LAKE FOREST  CA 92630-8308               PO BOX 73810
                                                                              NORTH  CHESTERFIELD  VA 23235-8047


PENNSYLVANIA DEPARTMENT OF REVENUE   (P)PORTFOLIO RECOVERY ASSOCIATES LLC     QUANTUM3 GROUP LLC AS AGENT FOR
BANKRUPTCY DIVISION  PO BOX 280946   PO BOX 41067                             GENESIS FS CARD SERVICES INC
HARRISBURG PA 17128-0946             NORFOLK VA 23541-1067                    PO BOX 788
                                                                              KIRKLAND  WA  98083-0788


RECEIVABLE MANAGEMENT INC            SECRETARY OF TREASURY                    T MOBILETMOBILE USA INC
ATTN BANKRUPTCY                      15TH  PENN AVENUE NW                     BY AMERICAN INFOSOURCE AS AGENT
7206 HULL RD STE 211                 WASHINGTON  DC 20220-0001                PO BOX 248848
RICHMOND  VA 23235                                                            OKLAHOMA CITY  OK  73124-8848
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TOTAL VISA BANK OF MISSOURI<br>ATTN BANKRUPTCY<br>PO BOX 85710<br>SIOUX FALLS  SD 57118-5710 | TYLER RUN AUTO SALES<br>1601 S GEORGE STREET<br>YORK  PA 17403-4507 | US BANK TRUST NATIONAL ASSOCIATION ET AL<br>FAY SERVICING  LLC<br>PO BOX 814609<br>DALLAS  TX 75381-4609 |
| EXCLUDE<br>~~(D)(P)MCCALLA RAYMER LEIBERT PIERCE LLC~~<br>~~ATTN ATTN WENDY REISS~~<br>~~1544 OLD ALABAMA ROAD~~<br>~~ROSWELL GA 30076-2102~~ | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON  TX  77210-4457 | WEST HANOVER TOWNSHIP TAX COLLECTOR<br>7171 ALLENTON BOULEVARD<br>HARRISBURG  PA 17112-3602 |
| YORK ADAMS TAX BUREAU<br>1405 N DUKE STREET<br>PO BOX 15627<br>YORK  PA 17405-0156 | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | EXCLUDE<br>~~(D)JOSHUA W SEMON~~<br>~~113 BRANT DRIVE~~<br>~~DALLASTOWN  PA 17313-9770~~ |
| EXCLUDE<br>~~(D)LAWRENCE V YOUNG~~<br>~~CGA LAW FIRM~~<br>~~135 NORTH GEORGE STREET~~<br>~~YORK  PA 17401-1132~~ | | |