Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
717-718-7110

March 13, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re: **Joshua W Semon**
    **Ch.13, Case No. 1:22-bk-01456-HWV**

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| McCabe Weisberg Conway PC<br>123 S Broad street Suite 1400,<br>Philadelphia, PA 19109 | McCabe Weisberg Conway PC<br>1420 Walnut Street<br>Suite 1501<br>Philadelphia, PA 19102 |

Text

Sincerely,


/s/Lawrence V. Young
Lawrence V. Young
LVY/im