United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01456-HWV
Joshua W. Semon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 11, 2024      Form ID: ntcnfhrg      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua W. Semon, 113 Brant Drive, Dallastown, PA 17313-9770 |
| 5488679 | + | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5488690 | + | MCCABE, WEISBERG & CONWAY P.C., 123 S. BROAD STREET, SUITE 1400, PHILADELPHIA, PA 19109-1060 |
| 5488691 | + | PRA RECEIVABLES MANAGEMENT, LLC, 10 ORCHARD, SUITE 100, LAKE FOREST, CA 92630-8308 |
| 5488694 | + | TYLER RUN AUTO SALES, 1601 S. GEORGE STREET, YORK, PA 17403-4507 |
| 5488683 | + | WEST HANOVER TOWNSHIP TAX COLLECTOR, 7171 ALLENTON BOULEVARD, HARRISBURG, PA 17112-3602 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Mar 11 2024 18:53:39 | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Garden City, NY 11530-1666 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 11 2024 18:54:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5488684 | + | Email/Text: bankruptcy@rentacenter.com | Mar 11 2024 18:55:00 | ACCEPTANCE NOW, ATTN: BANKRUPTCY, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 5488685 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:12:29 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5488686 | | Email/Text: cfcbackoffice@contfinco.com | Mar 11 2024 18:54:00 | CONTINENTAL FINANCE COMPANY, ATTN: BANKRUPTCY, PO BOX 8099, NEWARK, DE 19714 |
| 5488687 | ^ | MEBN | Mar 11 2024 18:52:56 | DIVERSIFIED ADJUSTMENT SERVICES, ATTN: DASI-BANKRUPCTY, PO BOX 32145, FRIDLEY, MN 55432-0145 |
| 5488688 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 11 2024 19:12:29 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 5494136 | ^ | MEBN | Mar 11 2024 18:53:43 | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5488682 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2024 18:54:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5488689 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 11 2024 18:55:00 | LSF9 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5496644 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5490019 | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 11 2024 18:54:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5488681 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2024 18:55:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5500784 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2024 19:02:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5494514 | + | Email/Text: joey@rmscollect.com | Mar 11 2024 18:55:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5489125 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2024 18:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5495309 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2024 18:55:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5488692 | | Email/Text: joey@rmscollect.com | Mar 11 2024 18:55:00 | RECEIVABLE MANAGEMENT INC, ATTN: BANKRUPTCY, 7206 HULL RD STE 211, RICHMOND, VA 23235 |
| 5488680 | + | Email/Text: karen.brown@treasury.gov | Mar 11 2024 18:54:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5490853 | | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2024 19:02:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5488693 | + | Email/Text: famc-bk@1stassociates.com | Mar 11 2024 18:55:00 | TOTAL VISA/ BANK OF MISSOURI, ATTN: BANKRUPTCY, PO BOX 85710, SIOUX FALLS, SD 57118-5710 |
| 5500975 | ^ | MEBN | Mar 11 2024 18:52:31 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5500411 | | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2024 19:02:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5488695 | | Email/Text: kcm@yatb.com | Mar 11 2024 18:54:00 | YORK ADAMS TAX BUREAU, 1405 N. DUKE STREET, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5488678 | *+ | JOSHUA W. SEMON, 113 BRANT DRIVE, DALLASTOWN, PA 17313-9770 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lawrence V. Young | on behalf of Debtor 1 Joshua W. Semon lyoung@cgalaw.com tlocondro@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;imccauley@cgalaw.com |
| Marisa Myers Cohen | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity, But Solely As Trustee of LSF9 Master Participation Trust mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joshua W. Semon,            Chapter     13

**Debtor 1**

Case No.     1:22−bk−01456−HWV

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 3, 2024<br><br>Time: 09:30 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)