IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Joshua W. Semon | : | |
| | : | Chapter 13 |
|         Debtor | : | |
| | : | Case No. 1:22-01456-HWV |
| | : | |
| U.S. Bank Trust National Association, not | : | |
| In its individual capacity, but solely as | : | |
| Trustee of LSF9 Master Participation | : | |
| of Trust, or its Successor or Assignee | : | |
|         Movant | : | Answer to |
|       v. | : | Motion for Relief from Stay |
| | : | |
| Joshua W. Semon | : | |
| | : | |
|         Respondent | : | |
| and | : | |
| Jack N. Zaharopoulos | : | |
|         Trustee | : | |

RESPONDENT'S REPLY TO MOTION FOR
RELIEF FROM AUTOMATIC STAY OF SECURED CREDITOR

AND NOW, this 19th day of March, 2024, come the respondent, Joshua W. Semon, by and through counsel, the CGA Law Firm and Lawrence V. Young, Esquire, and does file the within response averring that:

1. The record speaks for itself.

2. Admitted.

3. The Debtor does not have records to prove or disprove the mortgage payoff, but accepts these for the sake of the within motion.

4. Admitted. For the purpose of this motion.

5. Admitted. For the purpose of this motion.

6. Admitted.

7. Admitted.

8. Denied. The Debtor has made a few payments to secure creditor.

9. Denied. The Debtor does not have proof of incurred attorney fees.

10. Denied. The language of 11 U.S.C. § 362 (d) (1) does not suggest that the lack of equity in a property is, by itself, caused to terminate the Automatic Stay. The Debtor would like to amend his Chapter 13 Plan to include the Post-Petition arrears. This property is necessary for an effective reorganization as it is where the Debtor and his minor children reside.

WHEREFORE, it is requested that the within motion be denied and that no fees or cost be granted to the movant as this motion was improvidently filed.

Respectfully submitted,
CGA Law Firm

/s/ Lawrence V. Young
Lawrence V. Young, Esquire
Supreme Court I.D. No. 21009
Counsel for Debtor
135 North George Street
York, PA 17401
(717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Joshua W. Semon | : | |
| | : | Chapter 13 |
|    Debtor | : | |
| | : | Case No. 1:22-01456-HWV |
| | : | |
| U.S. Bank Trust National Association, not | : | |
| In its individual capacity, but solely as | : | |
| Trustee of LSF9 Master Participation | : | |
| of Trust, or its Successor or Assignee | : | |
| | : | |
| | : | |
|    Movant | : | Answer to |
| v. | : | Motion for Relief from Stay |
| | : | |
|    Joshua W. Semon | : | |
| | : | |
|    Respondent | : | |
| and | : | |
| Jack N. Zaharopoulos | : | |
|    Trustee | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, service upon all interested parties indicated below was made by sending a true and correct copy of the Answer to Motion for Relief, by ECF and/or regular US Mail, postage prepaid, upon:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
ECF

Marisa Myers Cohen, Esquire
1420 Walnut Street, Suite 1501
Philadelphia, Pennsylvania 19102

                                                 /s/ Lawrence V. Young
                                                 Lawrence V. Young, Esquire