# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 22-01456 |
|---|---|
| JOSHUA W SEMON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | Judge: Judge Van Eck |
| | Hearing Location: 1501 N. 6th St. Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102 |
| | Hearing Date: 08/27/2024 |
| | Hearing Time: 9:35am |
| | Response Date: 08/20/2024 |

On 7/29/2024, I did cause a copy of the following documents, described below,

Notice First Fee App

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2024

/s/ /s/ Lawrence V. Young
/s/ Lawrence V. Young  21009
Attorney for Debtor
CGA Law Firm
135 N. George St
York, PA  17401
717 848 4900
jhall@cgalaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSHUA W SEMON

CASE NO: 22-01456

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Van Eck
Hearing Location: 1501 N. 6th St. Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102
Hearing Date: 08/27/2024
Hearing Time: 9:35am
Response Date: 08/20/2024

On 7/29/2024, a copy of the following documents, described below,

Notice First Fee App

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Lawrence V. Young
CGA Law Firm
135 N. George St
York, PA 17401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | | ~~EXCLUDE~~ |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-01456<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON JUL 29 11-52-52 PST 2024 | FAY SERVICING LLC AS SERVICER FOR US BANK<br>FRIEDMAN VARTOLO LLP<br>1325 FRANKLIN AVE<br>GARDEN CITY NY 11530-1666 | | ~~(U)US BANK TRUST NATIONAL ASSOCIATION NOT IN~~ |
| (P)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 | | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ |
| ACCEPTANCE NOW<br>ATTN BANKRUPTCY<br>5501 HEADQUARTERS DRIVE<br>PLANO TX 75024-5837 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| DIVERSIFIED ADJUSTMENT SERVICES<br>ATTN DASIBANKRUPCTY<br>PO BOX 32145<br>FRIDLEY MN 55432-0145 | FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 | | FRIEDMAN VARTOLO LLP<br>ATTORNEYS FOR FAY SERVICING LLC<br>1325 FRANKLIN AVENUE SUITE 160<br>GARDEN CITY NY 11530-1631 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DEBTOR<br>JOSHUA W SEMON<br>113 BRANT DRIVE<br>DALLASTOWN PA 17313-9770 | | LAWRENCE V YOUNG<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 |
| LSF9 MASTER PARTICIPATION TRUST<br>CO CALIBER HOME LOANS INC<br>13801 WIRELESS WAY<br>OKLAHOMA CITY OK 73134-2500 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | | MCCABE WEISBERG CONWAY PC<br>1420 WALNUT STREET<br>SUITE 1501<br>PHILADELPHIA PA 19102-4015 |
| PA DEPARTMENT OF REVENUE<br>PO BOX 281061<br>HARRISBURG PA 17128-1061 | PRA RECEIVABLES MANAGEMENT LLC<br>10 ORCHARD SUITE 100<br>LAKE FOREST CA 92630-8308 | | PATIENT FIRST CO RECEIVABLES MANAGEMEN SYS<br>PO BOX 73810<br>NORTH CHESTERFIELD VA 23235-8047 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | | QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD SERVICES INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RECEIVABLE MANAGEMENT INC<br>ATTN BANKRUPTCY<br>7206 HULL RD STE 211<br>RICHMOND VA 23235 | SECRETARY OF TREASURY<br>15TH PENN AVENUE NW<br>WASHINGTON DC 20220-0001 | | T MOBILETMOBILE USA INC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 248848<br>OKLAHOMA CITY OK 73124-8848 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TOTAL VISA BANK OF MISSOURI<br>ATTN BANKRUPTCY<br>PO BOX 85710<br>SIOUX FALLS  SD 57118-5710 | TYLER RUN AUTO SALES<br>1601 S GEORGE STREET<br>YORK  PA 17403-4507 | US BANK TRUST NATIONAL ASSOCIATION ET AL<br>FAY SERVICING  LLC<br>PO BOX 814609<br>DALLAS  TX 75381-4609 |
| ~~EXCLUDE~~<br>~~(D)(P)MCCALLA RAYMER LEIBERT PIERCE LLC~~<br>~~ATTN ATTN WENDY REISS~~<br>~~1544 OLD ALABAMA ROAD~~<br>~~ROSWELL GA 30076-2102~~ | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON  TX  77210-4457 | WEST HANOVER TOWNSHIP TAX COLLECTOR<br>7171 ALLENTON BOULEVARD<br>HARRISBURG  PA 17112-3602 |
| YORK ADAMS TAX BUREAU<br>1405 N DUKE STREET<br>PO BOX 15627<br>YORK  PA 17405-0156 | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~(D)JOSHUA W SEMON~~<br>~~113 BRANT DRIVE~~<br>~~DALLASTOWN  PA 17313-9770~~ |
| ~~EXCLUDE~~<br>~~(D)LAWRENCE V YOUNG~~<br>~~CGA LAW FIRM~~<br>~~135 NORTH GEORGE STREET~~<br>~~YORK  PA 17401-1132~~ | | |