| | |
|---|---|
| In re: | Case No. 22-01456-HWV |
| Joshua W. Semon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 11, 2025 | Form ID: ordsmiss | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua W. Semon, 113 Brant Drive, Dallastown, PA 17313-9770 |
| 5488690 | + | MCCABE, WEISBERG & CONWAY P.C., 1420 WALNUT STREET, SUITE 1501, PHILADELPHIA, PA 19102-4015 |
| 5488680 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5488694 | + | TYLER RUN AUTO SALES, 1601 S. GEORGE STREET, YORK, PA 17403-4507 |
| 5488683 | + | WEST HANOVER TOWNSHIP TAX COLLECTOR, 7171 ALLENTON BOULEVARD, HARRISBURG, PA 17112-3602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 11 2025 18:35:30 | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Garden City, NY 11530-1666 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 18:36:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5488684 | + | Email/Text: bankruptcy@rentacenter.com | Jun 11 2025 18:36:00 | ACCEPTANCE NOW, ATTN: BANKRUPTCY, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 5488685 | + | EDI: CAPITALONE.COM | Jun 11 2025 22:37:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5488686 | | Email/Text: cfcbackoffice@contfinco.com | Jun 11 2025 18:36:00 | CONTINENTAL FINANCE COMPANY, ATTN: BANKRUPTCY, PO BOX 8099, NEWARK, DE 19714 |
| 5488687 | ^ | MEBN | Jun 11 2025 18:35:29 | DIVERSIFIED ADJUSTMENT SERVICES, ATTN: DASI-BANKRUPCTY, PO BOX 32145, FRIDLEY, MN 55432-0145 |
| 5488688 | + | EDI: AMINFOFP.COM | Jun 11 2025 22:37:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 5494136 | ^ | MEBN | Jun 11 2025 18:35:34 | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5488682 | | EDI: IRS.COM | Jun 11 2025 22:37:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5488679 | + | Email/Text: rshearer@cgalaw.com | Jun 11 2025 18:36:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5488689 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 11 2025 18:36:00 | LSF9 MASTER PARTICIPATION TRUST, C/O |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CALIBER HOME LOANS INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 5496644 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2025 18:46:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5490019 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 18:36:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5488681 | + | EDI: PENNDEPTREV | Jun 11 2025 22:37:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5500784 | | EDI: PRA.COM | Jun 11 2025 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5488691 | + | EDI: PRA.COM | Jun 11 2025 22:37:00 | PRA RECEIVABLES MANAGEMENT, LLC, 10 ORCHARD, SUITE 100, LAKE FOREST, CA 92630-8308 |
| 5494514 | + | Email/Text: joey@rmscollect.com | Jun 11 2025 18:36:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5489125 | | EDI: PENNDEPTREV | Jun 11 2025 22:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5495309 | | EDI: Q3G.COM | Jun 11 2025 22:37:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5488692 | | Email/Text: joey@rmscollect.com | Jun 11 2025 18:36:00 | RECEIVABLE MANAGEMENT INC, ATTN: BANKRUPTCY, 7206 HULL RD STE 211, RICHMOND, VA 23235 |
| 5490853 | | EDI: AIS.COM | Jun 11 2025 22:37:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5488693 | + | EDI: TCISOLUTIONS.COM | Jun 11 2025 22:37:00 | TOTAL VISA/ BANK OF MISSOURI, ATTN: BANKRUPTCY, PO BOX 85710, SIOUX FALLS, SD 57118-5710 |
| 5500975 | ^ | MEBN | Jun 11 2025 18:35:28 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5500411 | | EDI: AIS.COM | Jun 11 2025 22:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5488695 | | Email/Text: kcm@yatb.com | Jun 11 2025 18:36:00 | YORK ADAMS TAX BUREAU, 1405 N. DUKE STREET, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5488678 | *+ | JOSHUA W. SEMON, 113 BRANT DRIVE, DALLASTOWN, PA 17313-9770 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust nj-ecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Lauren Marie Moyer | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lawrence V. Young | on behalf of Debtor 1 Joshua W. Semon lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Marisa Myers Cohen | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joshua W. Semon,      Chapter     13

**Debtor 1**

Case No.     1:22−bk−01456−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 11, 2025

ordsmiss (05/18)